UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:23-CV-12282-JCB

GUSTAVO KINRYS,

    Plaintiff,

v.

ANTHEM TAX SERVICES, LLC,
JOSHUA KAHN, and JUSTIN FERRIGNO

    Defendants.

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendants Anthem Tax Services, LLC, Joshua Kahn, and Justin Ferrigno hereby file their Disclosure Statement.

1. Anthem Tax Services, LLC

Anthem Tax Services, LLC ("Anthem") is a Delaware limited liability company with a principal place of business in California. Anthem has four members. Its members are: (1) Joshua Kahn; (2) Jacob Shulman; (3) Patrick Carlson; and (4) Jesse Uman. Mr. Kahn and Mr. Shulman are residents of California. Mr. Carlson is a resident of Florida. Mr. Uman is a resident of Washington.

2. Joshua Kahn

As noted above, Mr. Kahn is a resident of California.

3. Justin Ferrigno

Mr. Ferrigno is a resident of California.

Respectfully submitted,

**ANTHEM TAX SERVICES, LLC,**
**JOSHUA KAHN, and**
**JUSTIN FERRIGNO,**

By their attorneys,

/s/ Christopher P. Fitzgerald
Michael J. Rossi, BBO#: 666082
  mrossi@connkavanaugh.com
Christopher P. Fitzgerald    BBO# 685408
  cfitzgerald@connkavanaugh.com
CONN KAVANAUGH ROSENTHAL PEISCH & FORD
1 Federal Street, 15th Floor
Boston, MA  02110
T:  (617) 482-8200
F:  (617) 482-6444

CERTIFICATE OF SERVICE

I, Christopher P. Fitzgerald, attorney for the defendants, hereby certify that on this 11th day of October, 2023, a true copy of the foregoing was served via first-class mail, postage prepaid, directed to:

Mr. Gustavo Kinrys
4 Goose Cove Way
Nantucket, MA 02554

/s/ Christopher P. Fitzgerald
Christopher P. Fitzgerald

3446772.1 10864.000